UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DARNELL WESLEY MOON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:15CV167 RLW |
| ) | |
| JOHN JORDAN, et al., ) | |
| ) | |
| Defendants, ) | |

## MEMORANDUM AND ORDER

On October 27, 2015, summons were returned unexecuted as to defendants Tree Waller, Unknown Murphy, Unknown Davis, and Bud Proffer. Plaintiff is required to provide the Court with the information necessary to serve process on defendants. Moreover, defendants that are not served within 120 days after the complaint is filed are subject to dismissal under Rule 4(m) of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than twenty-eight (28) days from the date of this Order, plaintiff must provide the Court with the information necessary to serve defendants Tree Waller, Unknown Murphy, Unknown Davis, and Bud Proffer with process. If plaintiff fails to comply with this Order, the Court may dismiss these defendants without further proceedings.

Dated this 29th day of October, 2015.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE