UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DARNELL WESLEY MOON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:15CV167 RLW |
| ) | |
| JOHN JORDAN, et al., ) | |
| ) | |
| Defendants, ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On October 29, 2015, the Court ordered plaintiff to provide it with sufficient information to serve defendant Unknown Davis. Compliance was due no later than November 26, 2015. Plaintiff has not complied with the Order. As a result, the Court will dismiss defendant Davis without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff learns of Davis's full name and address for service during discovery, he may file an amended complaint including Davis. Plaintiff is warned that the filing of an amended complaint replaces the original complaint, and claims that are not realleged are deemed abandoned. *E.g., In re Wireless Telephone Federal Cost Recovery Fees Litigation*, 396 F.3d 922, 928 (8th Cir. 2005).

Accordingly,

**IT IS HEREBY ORDERED** that defendant Unknown Davis is **DISMISSED** from this action without prejudice.

An Order of Partial Dismissal will be filed separately.

Dated this 7th Day of December, 2015.

                                             RONNIE L. WHITE
                                             UNITED STATES DISTRICT JUDGE